68 A.3d 323

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Haleem L. LYLES, Petitioner.**

**No. 494 EAL 2012.**

Supreme Court of Pennsylvania.

June 6, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of June, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

> Did the Superior Court improperly reverse the trial court's decision to suppress physical evidence on the ground that the police officer lacked reasonable suspicion to conduct the stop of Petitioner, by approaching him in uniform with his fellow officer asking several questions and then demanding Petitioner's identification?